UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to: Steven Lies-Blanchard, 1:16-cv-03401 Wanda Allen, 1:19-cv-01325 _____ | ) ) ) ) ) ) ) ) ) ) ) ) )     1:14-ml-02570-RLY-TAB     MDL No. 2570 |

**FINAL JUDGMENT**

Pursuant to the Order issued this day, the court enters final judgment in favor of the Cook Defendants—Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe APS—and against the Plaintiffs, Steven Lies-Blanchard and Wanda Allen.

**SO ORDERED** this 16th day of August 2024.

Roger Sharpe, Clerk
United States District Court

_____
By: Deputy Clerk

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

1